peals for the Ninth Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. Wm. Dwight Whitney, Roswell Magill,* and *George G. Tyler* for respondents.

No. 377. PRECISION INSTRUMENT MANUFACTURING CO. ET AL. *v.* AUTOMOTIVE MAINTENANCE MACHINERY CO. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Will Freeman* and *Casper W. Ooms* for petitioners. *Messrs. Frank Parker Davis* and *Albert J. Smith* for respondent.

No. 337. INTERNATIONAL UNION OF MINE, MILL & SMELTER WORKERS ET AL. *v.* EAGLE-PICHER MINING & SMELTING CO. ET AL. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Louis N. Wolf* for petitioners. *Messrs. A. C. Wallace, H. W. Blair, John G. Madden, James E. Burke,* and *Ralph M. Russell* for the Eagle-Picher Mining & Smelting Co. et al., respondents. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* filed a memorandum on behalf of the National Labor Relations Board, respondent, and *Mr. Lee Pressman* filed a brief on behalf of the Congress of Industrial Organizations, as *amicus curiae,* urging issuance of the writ.

No. 368. GEMSCO, INC. ET AL. *v.* WALLING, ADMINISTRATOR;
No. 369. MARETZO ET AL. *v.* WALLING, ADMINISTRATOR; and
No. 370. GUISEPPI ET AL. *v.* WALLING, ADMINISTRATOR. October 16, 1944. Petition for writs of certiorari to the